IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 3:CR-05-432 |
| Plaintiffs | : | |
| | : | (JUDGE CAPUTO) |
| v. | : | |
| | : | |
| CHARLES SMITH, | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

**NOW,** this _8ᵀʰ_ day of December 2016, upon consideration of Defendant

Charles Smith's Motion to Withdraw Relief from Judgement Rule 60(B)(6) U.S.

Civil Rules of Procedure (Doc. 107), the Motion is **GRANTED.** Defendant's Motion

Request for Relief from Judgment Rule 60(b)(6) U.S. Civil Rules of Procedure

(Doc. 106) filed on November 9, 2016 is hereby **WITHDRAWN**.


A. Richard Caputo
United States District Judge